E. T. Miller, of Amarillo, and H. M. Hood, of Borger, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for receiving and concealing stolen property over the value of $50, the punishment being assessed at two years in the penitentiary.

We find in the transcript no notice of appeal to this court. Notice of appeal given in open court, and entered of record, is essential to the jurisdiction of this court, and unless such notice appears on the record, the appeal will be dismissed. See article 827, Vernon's Ann.C.C.P. of Texas, vol. 3, and cases noted thereunder. Pullen v. State, 125 Tex.Cr.R. 292, 68 S. W.(2d) 181.

We have no option but to dismiss the appeal, and it is so ordered.

---

## SHELBOURNE v. STATE.

### No. 18551.

Court of Criminal Appeals of Texas.

Nov. 12, 1936.

## BUNCH v. STATE.

### No. 18567.

Court of Criminal Appeals of Texas.

Nov. 12, 1936.

A. A. Dawson, of Canton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for unlawfully driving an automobile while intoxicated; penalty assessed at a fine of $50, and the driving privilege suspended for one year.

The record is before us without statement of facts or bills of exception. In the absence of the facts, we are unable to appraise the complaint of the refusal of the court to continue the case.

Perceiving no fault in the proceedings which would justify this court in disturbing the judgment, it is therefore affirmed.